UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN W. RICHARDSON,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>   Defendant. | Case No. 23-mc-80312-RS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS CASE** |

Upon filing, this action was randomly assigned to a magistrate judge. The magistrate judge gave plaintiff multiple opportunities to submit an adequate application to proceed *in forma pauperis*. Ultimately, the magistrate judge concluded that "due to the significant discrepancies in [plaintiff's] financial disclosures, the multiple chances he has been provided to file amended applications (with requested information to clear up the deficiencies and discrepancies), and the failure of the third IFP application to adequately address these issues," his final IFP application should be denied, and the complaint dismissed, without prejudice, as plaintiff had neither established a right to proceed *in forma pauperis*, nor paid the filing fee. *See* Dkt. No. 14.

Plaintiff's deadline to file any objections to the magistrate judge's Report and Recommendation has expired, and plaintiff has not responded. Good cause appearing, the magistrate judge's Report and Recommendation is adopted in full, and this action is dismissed, without prejudice. The Clerk shall close the file.

1  **IT IS SO ORDERED**.

3  Dated: July 29, 2025

_____
RICHARD SEEBORG
Chief United States District Judge